■ In the Matter of JAMES THANHAUSER et al., Appellants, v THEODORE PROBST et al., Respondents. [648 NYS2d 309] —Appeal by the petitioners from an order of the Family Court, Nassau County (Medowar, J.), dated June 30, 1995.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Judge Medowar in the Family Court. O'Brien, J. P., Copertino, Pizzuto and Hart, JJ., concur.